UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BALA SATYA MANI SHANKAR KARRI, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>BMW (US) HOLDINGS CORP.; AN )<br>LUXURY IMPORTS OF SAN DIEGO, INC. )<br>d/b/a BMW OF ENCINITAS; SONIC )<br>AUTOMOTIVE OF NASHVILLE, LLC d/b/a )<br>BMW OF NASHVILLE; BMW FINANCIAL )<br>SERVICES; and SESHA MADHURI MERLA, )<br>)<br>  Defendants. ) | Case No. 3:22-cv-00528<br>Judge Aleta A. Trauger |

## ORDER

The Motion to Dismiss Amended Complaint or, In the Alternative, to Stay Litigation and Compel Mediation and/or Arbitration filed by AN Luxury Imports of San Diego, Inc. (Doc. No. 26) and the Motion to Compel Arbitration and to Dismiss or, Alternatively, to Stay filed by BMW (US) Holding Corp. and BMW Financial Services NA, LLC (Doc. No. 33) are hereby **GRANTED**, and the claims against those defendants are **DISMISSED** without prejudice. Bala Satya Mani Shankar Karri is **ORDERED** to submit his claims against those entities to arbitration, if he continues to wish to pursue them. Karri's Motion for Permission to Conduct Limited Discovery and for Evidentiary Hearing (Doc. No. 58) is **DENIED**.

Sesha Madhuri Merla's Motion to Dismiss for Insufficient Service of Process and for Lack of Subject Matter and Personal Jurisdiction (Doc. No. 47) is construed as a motion to remand and is **GRANTED**. The non-dismissed claims are hereby **REMANDED** to the Circuit Court for Davidson County, Tennessee.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge